# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/1/2003  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | MAG NO. 03-0453LEK |
| CASE NAME: | USA vs. JON EDWARD PICKERING |
| ATTYS FOR PLA: | Craig H. Nakamura |
| ATTYS FOR DEFT: | Michael A. Weight |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 6-Tape 1422 and 1423 |
| DATE: | 7/1/2003 | TIME: | 4:17-4:26 |

COURT ACTION:  EP: Initial Appearance - Defendant present in custody. Defendant sworn to Financial Affidavit. Request for Court Appointed Attorney - Granted. Michael A. Weight, AFPD and the Office of the Federal Public Defender Apptd Atty.

Motion to Detain filed.  Motion to Detain Withdrawn.

Court questions defendant.  Waiver of Rule 40 Hearings signed and filed.  Order Holding Defendant to Answer and to Appear in District of Prosecution or District Having Probation Jurisdiction signed and filed.

No objections to the USPTS Report.  Parties submit.  Court Orders that the Defendant be released on an unsecured bond in the amount of $25,000, co-signed by Randal Edwards under the following conditions:

The Court authorizes the U.S. District Court Clerk's Office to forward the bail papers to the third party custodian by fax, mail, or other means of delivery where attestation may be administered by notary public.  The defendant is released forthwith prior to the signature of the third party custodian(s).  The third party custodian(s) must return the bail papers to the U.S. District Clerk's Office no later than: July 8, 2003.

The defendant is placed in the Third Party Custodianship of: Randal Edwards, (808) 329-0000.



(7b)   Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7g1)  Surrender any passport and all travel documents to the U.S. District Court Clerk's Office.  Do not apply for/obtain a passport. Surrender no later than: July 8, 2003.

(7h2)  Travel is restricted to State of Hawaii.

(7s1)  You are prohibited from owning, possessing, or controlling any firearm or ammunition.  Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

(8n)   Provide Pretrial Services with any and all requested financial information regarding your financial status including, but not limited to: employment and all sources of income, bank accounts, assets and liabilities, and investments.  You are required to sign and execute an Authorization to Release Financial Information as requested by Pretrial Services.

In addition to the Special Conditions of Release as specified above, you are subject to the following conditions:

> You shall not commit any offense in violation of federal, state, or local law while on release in this case.

> You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Defendant remanded to the custody of the US Marshal for processing.

Submitted by: Warren N. Nakamura, Courtroom Manager