AO 467 (1/86) Order Holding Defendant

**ORIGINAL**

# United States District Court

/ FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 1 2003

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

DISTRICT OF ____ Hawaii ____

UNITED STATES OF AMERICA

V.

JON EDWARD PICKERING

## ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION

Case Number:    03-0453 LEK

Charging District Case Number:    03-456 (WHW)

    The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

    IT IS ORDERED that the defendant be held to answer in the United States District Court for the

_____ District of ___ New Jersey ___ ; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified) Martin Luther King Courthouse, Courtroom 4D

50 Walnut Street
Newark, New Jersey    on    July 29, 2003 at 9:30 a.m.    .

*Place and Address*

*Date and Time*



_____
*Signature of Judicial Officer*

July 1, 2003
_____
*Date*

Leslie E. Kobayashi
U.S. Magistrate Judge
_____
*Name and Title of Judicial Officer*

5