ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MA 03-453 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JON EDWARD PICKERING, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 3 2003

at 3 o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Leslie E. Kobayashi United States Magistrate Judge in the above-entitled case, Passport Number 120584806 issued at Honolulu, Hawaii, on 6/16/98 to the above-named defendant, was surrendered to the custody of the Clerk of court on July 3, 2003 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:    7/30/65

Place of Birth:   United Kingdom

Dated at Honolulu, Hawaii on July 3, 2003.

WALTER A.Y.H. CHINN, Clerk

By: _____
            Deputy Clerk

---

This will acknowledge receipt of Passport Number  previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____    Signature: _____
                                                Owner of Passport